DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

A.P.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3066
_____

December 13, 2023

Appeal from the Circuit Court for Pasco County; James R. Stearns, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and KHOUZAM and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.